UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

NICKOLUS HARRIS
  a/k/a "Church," and
TERRANCE HAYES,
  a/k/a "Killa T" or "Killa"

CASE NO. 3:25-cr-224-MMH-LLL
21 U.S.C. § 846
(Drug Trafficking Conspiracy)
21 U.S.C. § 841(a)(1)
(Cocaine Distribution)
18 U.S.C. § 922(g)(1)
(Possession of Firearm
by a Convicted Felon)

## INDICTMENT

The Grand Jury charges:

### COUNT ONE
**(Drug Trafficking Conspiracy)**

Beginning on an unknown date, but no later than on or about June 1, 2025, and continuing through on or about August 16, 2025, in the Middle District of Florida, the defendants,

NICKOLUS HARRIS,
a/k/a "Church," and
TERRANCE HAYES,
a/k/a "Killa T" or "Killa,"

did knowingly and willfully conspire with each other and other persons, both known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a controlled substance.

With respect to each defendant, the violation involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(b)(1)(B).

It was part of the conspiracy that the conspirators would perform acts and make statements to hide and conceal and cause to be hidden and concealed the purpose of the conspiracy and the acts committed in furtherance thereof.

All in violation of 21 U.S.C. § 846.

## COUNT TWO
### (Distribution of Cocaine)

On or about June 6, 2025, in the Middle District of Florida, and elsewhere, the defendant,

NICKOLUS HARRIS,
a/k/a "Church,"

did knowingly and intentionally distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(C).

## COUNT THREE
### (Distribution of Cocaine)

On or about July 1, 2025, in the Middle District of Florida, and elsewhere, the defendants,

NICKOLUS HARRIS,
a/k/a "Church," and
TERRANCE HAYES,
a/k/a "Killa T" or "Killa,"

did knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and 18 U.S.C. § 2.

## COUNT FOUR
### (Possession of a Firearm by a Convicted Felon)

On or about August 7, 2025, in the Middle District of Florida, the defendant,

TERRANCE HAYES,
a/k/a "Killa T" or "Killa,"

knowing that he had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offenses:

1. Carrying a concealed firearm, on or about May 26, 2004;

2. Principal to shooting or throwing a missile into a building or

3

vehicle, on or about March 9, 2007, and

3. Possession of a firearm by a convicted felon, on or about April 4, 2023,

did knowingly possess, in and affecting interstate commerce, a firearm, specifically a .223 caliber Smith & Wesson rifle.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

## **FORFEITURE**

1. The allegations contained in Counts One through Four are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 21 U.S.C. §§ 846 and/or 841, the defendants shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendants obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. Upon conviction of a violation of 18 U.S.C. § 922(g), Terrance Hayes shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

4. If any of the property described above, as a result of any acts or

omissions of the defendants:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the Court;

    d.     has been substantially diminished in value; or

    e.     has been commingled with other property, which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

███████████████

Foreperson

GREGORY W. KEHOE
United States Attorney

By: *Rachel Lasry*
RACHEL LASRY
Assistant United States Attorney

By: _____
MICHAEL J. COOLICAN
Assistant United States Attorney
Deputy Chief, Jacksonville Division

FORM OBD-34
10/20/25 Revised                              No.

====================================================================

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

====================================================================

## THE UNITED STATES OF AMERICA

vs.

## NICKOLUS HARRIS
a/k/a "Church," and
## TERRANCE HAYES,
a/k/a "Killa T" or "Killa,"

====================================================================

## INDICTMENT

Violations: 21 U.S.C. § 846, 21 U.S.C. § 841(a)(1), 18 U.S.C. § 922(g)(1)

====================================================================

A true ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

_____
Foreperson

====================================================================

Filed in open court this 21ST day

of October, 2025.

_____M. Taylor_____
Clerk

====================================================================

Bail    $_____

====================================================================